1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MARKEY, | CASE NO. 06CV1300W (RBB) |
| Plaintiff, | |
| vs. | **ORDER GRANTING DEFENDANT NAGRA USA, INC.'S** *EX PARTE* **APPLICATION FOR PERMISSION TO FILE MOTION TO COMPEL DEPOSITION TESTIMONY AND SET FOR HEARING ON NOVEMBER 5, 2007** |
| KUDELSKI S.A., AKA KUDELSKI SA, AKA KUDELSKI GROUP; NAGRAVISION S.A.; and NAGRA USA, INC., | |
| Defendants. | Date:  N/A<br>Time:  N/A<br>Ctrm:  B |
| | **Honorable Ruben B. Brooks** |

THIS COURT has fully considered defendant Nagra USA, Inc.'s ("Nagra") *ex parte* Application for Permission to File Motions to Compel Further Responses to Interrogatories and Deposition Testimony and Set for Hearing on November 5, 2007, and the Declaration of Evan Dwin and Exhibits thereto.  Good cause appearing thereon,

IT IS HEREBY ORDERED THAT:

1.    Nagra may file its Motion to Compel Deposition Testimony (the "Motion") on October 10, 2007.

[PROPOSED] ORDER

1    2.    Nagra's Ex Parte Application for Permission to file Motions to Compel Further
2 Responses to Interrogatories is DENIED.  Docket number forty-seven is stricken from the record.
3    3.    The hearing on the Motions shall take place on November 5, 2007 at 10:00 a.m. to
4 coincide with defendant Nagravision S.A.'s Motion for Protective Order.

6 Dated: October 10, 2007                              _____
7                                                                     Honorable Ruben B. Brooks

**CERTIFICATE OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Katten Muchin Rosenman LLP, 2029 Century Park East, Suite 2600, Los Angeles, CA 90067-3012. On October 10, 2007, the following document was served by electronic mail on Plaintiff John Markey's counsel Matthew Gene English, at menglish@mge-law.com and mge@mge-law.com:

**[PROPOSED] ORDER GRANTING DEFENDANT NAGRA USA, INC,'S *EX PARTE* APPLICATION FOR PERMISSION TO FILE MOTIONS TO COMPEL FURTHER RESPONSES TO INTERROGATORIES AND DEPOSITION TESTIMONY AND SET FOR HEARING ON NOVEMBER 5, 2007**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 10, 2007 at Los Angeles, California.

/s/ Marsha Davis