MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

MARKEY v. KUDELSKI                                  Case No. 06cv1300 W(RBB)
                                                    **Time Spent: 34 mins.**

HON. RUBEN B. BROOKS   CT. DEPUTY VICKY LEE   Rptr. CD No. 1: 11:11:12-11:45:56

Attorneys

| Plaintiffs | Defendants |
|---|---|
| Marcus Jackson (present) | Stacey Knight (present) |
|  | Michael Hirschberg |

PROCEEDINGS:  ____ In Chambers   _x_ In Court   ____ Telephonic

A hearing was held on Defendant Nagravision S.A.'s Motion for a Protective Order Precluding Depositions of Foreign Nationals Without Compliance with the Hague Convention [doc. no. 36]. For the reasons stated on the record, the Motion is granted. All subpoenas served on foreign nationals are quashed.

A hearing was also held on Defendant Nagra USA, Inc.'s Motion to Compel Plaintiff to Answer Deposition Questions and Request for Monetary Sanctions in the Amount of $2,870 [doc. no. 48]. For the reasons stated on the record, the Motion is granted in part. The Motion is granted for all deposition questions listed on page 2 and page 287 of Exhibit A to the Declaration of Ryan J. Larsen, except for the question on page 173 of the deposition transcript, and granted for questions relating to emotional distress damages. Defendant's request for sanctions is denied without prejudice.

DATE: November 5, 2007        IT IS SO ORDERED:   *Ruben Brooks*
                                                  Ruben B. Brooks,
                                                  U.S. Magistrate Judge
cc: Judge Whelan                 INITIALS: VL (mg/irc) Deputy
    All Parties of Record